Form ntchrgstat

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

Room 3200
300 Virginia Street East
Charleston, WV 25301

| | |
|---|---|
| In Re: Robert Daniel Turner, Debtor | Bankruptcy Proceeding No.: 2:93–bk–20383<br>Chapter: 13<br>Judge: B. McKay Mignault |

PLEASE TAKE NOTICE that a Status hearing will be held at

Dial: 888–273–3658, Access Code: 1039652, Telephone Conference

on 8/18/21 at 10:00 AM

to consider and act upon the following:

[64] Motion by Debtor Robert Daniel Turner to Disburse Unclaimed Funds.

   **NOTICE IS HEREBY GIVEN that ALL parties and attorneys are directed to appear by telephone for all hearings scheduled in the Southern District of West Virginia Bankruptcy Court until further notice, unless otherwise indicated. Motions to appear by telephone should not be filed while hearings are being conducted telephonically. Below are instructions.**

1. That, absent extraordinary circumstances, and prior authorization received from the Court, no in–person hearing appearances will be permitted

2. That instructions for monitoring proceedings and appearing telephonically may be found at http://www.wvsb.uscourts.gov

3. That those individuals who are not represented by a lawyer, and who nevertheless physically appear in the courtroom for a scheduled hearing, will be informed of the contents of this General Order so that they may participate instead by telephone or make some other arrangement with the courtroom deputy, for which Court authorization will be sought

Hearing participants must use the following call information, which is provided at no cost: (a) dial 1–888–273–3658; and, (b) when prompted, enter access code 1039652. Participants must mute their phones until their case is called by the Court, at which time they may be heard when recognized by the Court

Dated: 7/20/21

Lesley Hoops
Clerk, U.S. Bankruptcy Court

BY: Mary F. Jackson
Deputy Clerk